₴JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** FBI
**City** Canton
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 24-6642, 24-6425-6426, 24-6363, 24-6358, 24-6000
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

**Defendant Information:**
**Defendant Name** MATTHEW FARWELL    Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
**Alias Name:**
**Address:** 187 Chestnut St., North Easton, MA
**Birth date (Yr only):** 1985    **SSN (last 4#):** 9751    **Sex:** M    **Race** White    **Nationality:** US Citizen
**Defense Counsel if known:** _____    **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Riley/Cummings/Fogerty    **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment
**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/27/2024    Signature of AUSA: *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

District Court Case Number   (To be filled in by deputy clerk): _____

Name of Defendant   MATTHEW FARWELL

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1512(a)(1)(c) | Killing a victim/witness | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013