IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **MATTHEW FARWELL**, <br><br> Defendant. | Criminal No. 24-cr-10259 DJC-MPK |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant was arrested on August 28, 2024 and that there is no further reason to keep the indictment secret.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ Brian A. Fogerty*
TOREY B. CUMMINGS
BRIAN FOGERTY
ELIZABETH RILEY
Assistant U.S. Attorneys

Date:  August 28, 2024