UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : Docket No.: 24-cr-10259-DJC |
| | : |
| | : |
| MATTHEW FARWELL | : |

## NOTICE OF APPEARANCE

Assistant Federal Public Defender Jane F. Peachy hereby enters her appearance on behalf of the defendant, Matthew Farwell, in the above-entitled matter.

Respectfully submitted,
MATTHEW FARWELL
By his Attorney,

*/s/ Jane F. Peachy*
Jane F. Peachy
 B.B.O.# 661394
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
(617) 223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 29, 2024.

*/s Jane F. Peachy*
Jane F. Peachy
