UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA :

VS. Docket No.: 24-cr-10259-DJC

MATTHEW FARWELL :

---

**NOTICE OF APPEARANCE**

Assistant Federal Public Defender Joanne M. Daley hereby enters her appearance on behalf of the defendant, Matthew Farwell, in the above-entitled matter.

Respectfully submitted,
MATTHEW FARWELL,
By his attorney,

*/s/ Joanne M. Daley*
Joanne M. Daley
BBO #653375
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281/FAX 528-4285
joanne_daley@fd.org

CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 23, 2025.

*/s/ Joanne M. Daley*
Joanne M. Daley