UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:24-cr-10259-DJC |
| | ) | |
| MATTHEW FARWELL | ) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Undersigned counsel hereby move, under Local Rule 83.5.3, that this Court admit attorney Kimberly C. Stevens *pro hac vice* to represent Matthew Farwell in the above-captioned matter. As set forth in her affidavit and consistent with the October 2024 motion and order appointing her in this case, Ms. Stevens is admitted to practice in the state of North Carolina.

Respectfully submitted,

MATTHEW FARWELL,
By His Attorneys,

*/s/ Joanne M. Daley*
Joanne M. Daley, B.B.O. #653375
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
joanne_daley@fd.org

*/s/ Sandra Gant*
Sandra Gant, B.B.O. #680122
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
sandra_gant@fd.org

**CERTIFICATE OF SERVICE**

    I, Joanne Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 24, 2025.

                                                                 */s/ Joanne Daley*
                                                                  Joanne Daley