UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL<br><br>Defendant | CRIMINAL No. 24-10259-DJC |

NOTICE OF THE UNITED STATES REGARDING THE DEATH PENALTY

The United States of America, by Leah B. Foley, United States Attorney, and Elizabeth C. Riley, Brian A. Fogerty, and Torey B. Cummings, Assistant United States Attorneys for the District of Massachusetts, advises the Court that the Attorney General of the United States has directed the government not to seek the death penalty in this case.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ Brian A. Fogerty
      ELIZABETH C. RILEY
      BRIAN A. FOGERTY
      TOREY B. CUMMINGS
      Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant United States Attorney

Date: December 9, 2025