UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MATTHEW FARWELL, )<br>)<br>          Defendant )| Criminal No. 24-CR-10259-MPK-DJC |

**JOINT INTERIM STATUS REPORT**

Pursuant to Local Rule 116.5(a), the parties state as follows:

**(1)     Status of Automatic Discovery and Pending Discovery Requests**

The government produced automatic discovery on September 25, 2024 (Bates Stamped USAO 000001-USAO 016698). Additional discovery (through USAO 039438) was produced by the government on the following dates:

- September 24, 2024
- October 1, 2024
- October 18, 2024
- December 12, 2024
- January 2, 2025
- January 10, 2025
- January 13, 2025
- January 28, 2025
- March 5, 2025
- March 11, 2025
- March 27, 2025
- April 15, 2025
- July 15, 2025
- August 18, 2025
- August 26, 2025
- September 16, 2025
- October 7, 2025
- October 23, 2025
- December 8, 2025
- December 9, 2025

Defendant has not yet produced any discovery to the government. The government has requested reciprocal discovery under Fed. R. Crim. P. 16(b) and Local Rule 116.1(D).

The government has provided responsive documents to defense discovery requests submitted on November 27, 2024, February 7, 2025, and August 21, 2025.  Defendant sent another discovery request on December 5, 2025, and the government has already begun to

1

respond, and will continue to respond, in a timely manner. Defendant separately sent a discovery request to the filter AUSA on December 8, 2025. At this time, the parties anticipate being able to discuss and address the discovery requests without court intervention but will seek a hearing date should conflicts arise.

The Government has agreed to wait to receive filtered material until the defendant has reviewed the material on his own for privileged and potentially privileged information. The defendant initially requested 60 days to review the material, which was received on October 3, 2025. Due to issues related to the federal government shutdown and counsel's unexpected sick and family sick leave in mid-November, the defense has requested additional time for its review through the assigned filter AUSA. The defense does, however, anticipate providing certain material subject to the filter protocol by December 15, 2025.

**(2)     Timing of Any Additional Discovery to Be Produced**

The government has produced voluminous discovery that, in its view, goes beyond its obligations under the federal and local rules. The government is continuing to review additional discovery and will produce those materials on a rolling basis. As the government obtains additional Rule 16 discovery, it will provide it to defendant pursuant to Local Rule 116.7.

**(3)     Timing of Any Additional Discovery Requests**

The government is in the process of responding to Defendant's request for supplemental discovery that was received on December 5, 2025. The Government will begin producing additional early discovery, responsive to that request, forthwith.

**(4)     Protective Orders**

The government filed a motion for a protective order with the defendant's assent, and a protective order was entered by the Court on September 9, 2024 (ECF No. 22). The protective order was subsequently modified by agreement on October 1, 2025. (ECF No. 50, 54).

**(5)     Pretrial Motions Under Fed. R. Crim. P. 12(b)**

The defendant has filed a motion to change venue, and the government's response to that motion is due December 12. The Court has ordered defendant to file any motions to dismiss under Fed. R. Crim. P. 12(b)(3) by February 2, 2026, with opposition to be filed by February 27, 2026. ECF No. 58. Motions to suppress, if any, are to be filed by March 16, 2026, with opposition due April 6, 2026. *Id*.

**(6)     Timing of Expert Witness Disclosures**

The Court ordered the government to make expert disclosures, if any, by May 1, 2026. ECF No. 58. Defendant is to provide any expert disclosures by June 1, 2026. *Id*.

**(7)     Speedy Trial Act Calculation**

The 70-day period specified in 18 U.S.C. § 3161(c)(1) commenced on August 28, 2024. The Court excluded all time between August 30, 2024, and the date of the trial: October 5, 2026 (ECF Nos. 15, 26, 30, 35, 37, 40, 62).

**(8)     Timing of an Interim Status Conference**

The parties request that the Court cancel the December status conference and convene a further interim status conference in approximately 60 days or at a date thereafter that is convenient for the Court.

Respectfully submitted, this 10th day of December 2025,

3

                              LEAH B. FOLEY
                              United States Attorney

                              */s/ Elizabeth Riley*
                              Elizabeth Riley
                              Brian A. Fogerty
                              Torey B. Cummings
                              Assistant U.S. Attorneys

                              MATTHEW FARWELL
                              Defendant

                              */s/ Sandra Gant*
                              Sandra Gant
                              Kimberly Stevens
                              Joanne Daley
                              Attorneys for the Defendant

## CERTIFICATE OF SERVICE

     I hereby certify that on December 10, 2025, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                              */s/ Elizabeth Riley*
                              Elizabeth Riley
                              Assistant U.S. Attorney