UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  )  v.                                                   ) Docket No. 1:24-cr-10259-DJC  )  )  MATTHEW FARWELL                    ) | |

*ASSENTED TO* REQUEST TO EXTEND DEADLINE
FOR FILING MOTIONS TO SUPPRESS EVIDENCE

Defendant, Matthew Farwell, moves this Court to extend the date to file any Motions to Suppress Evidence in this matter from March 16, 2026, to April 16, 2026[1].

As grounds for this motion, undersigned counsel states that discovery in this case is voluminous and production is ongoing. Mr. Farwell's defense team continues to diligently review this material while making additional discovery requests. Some of these discovery requests are relevant to possible *Franks* challenges to the warrants issued in this case.

Furthermore, the parties are working through a filter protocol with certain digital devices that are the product of certain search warrants in this case; this has taken both time and resources. That review is expected to conclude no sooner than March 13, 2026.

Finally, Mr. Farwell's defense team is working to narrow and streamline the issues for suppression.

Undersigned counsel conferred with the government as to this request and was informed that the government does not oppose the relief requested herein.

---

[1] And thereby extend the Government's deadline to Reply to any such Motions.

1

Dated:  March 6, 2026                                    Respectfully submitted,

                                                         MATTHEW FARWELL,
                                                         By his attorneys,

                                                         */s/ Joanne Daley*
                                                         Joanne Daley, BBO # 653375
                                                         Sandra Gant, BBO # 680122
                                                         Kimberly C. Stevens
                                                         Federal Public Defender Office
                                                         51 Sleeper Street, 5th Floor
                                                         Boston, MA 02210
                                                         617-223-8061
                                                         Joanne_daley@fd.org

## CERTIFICATE OF SERVICE

I, Joanne Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on March 6, 2026.

                                                         */s/ Joanne Daley*
                                                         Joanne Daley