**US v. Farwell**

**Exhibit 1**



**United States Army Joint Service Commendation Medal**



**United States Army Combat Action Badge**