**US v. Farwell**

**Exhibit 2**



Stoughton Police Department Life Saving Medal