**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 24-cr-10259-DJC/MPK |
| | ) | |
| MATTHEW FARWELL | ) | |
| | ) | |

**GOVERNMENT'S MOTION TO FILE EXHIBITS UNDER SEAL**

The United States respectfully moves the Court to permit it to file under seal Exhibits 2-15 to its supplemental memorandum in support of detention (ECF No. 111). As grounds for this request, the government states that Exhibits 2-15 contain personal identification information related to witnesses in this matter, which is subject to the protective orders entered by the Court in this case. *See* ECF Nos. 19, 22, 50, 52.

Respectfully submitted,

LEAH FOLEY
United States Attorney

*/s/ Elizabeth C. Riley*
Elizabeth C. Riley
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

Dated: April 6, 2026

**Certificate of Service**

I hereby certify that this document will be sent electronically to counsel for Matthew FARWELL.

By:  */s/ Torey B. Cummings*
Torey B. Cummings
Assistant United States Attorney