UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MATTHEW FARWELL

Defendant

CRIMINAL No. 24-10259-DJC

**GOVERNMENT'S THIRD SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DETENTION**

The government submits this third supplemental memorandum in support of its motion for detention in order to notify the Court of new information. On April 30, 2026, the Office of the Chief Medical Examiner (OCME) notified the government that it had amended Ms. Birchmore's death certificate. The OCME amended the cause of Ms. Birchmore's death from "asphyxia by hanging" to "asphyxia." The manner of her death was amended from "suicide" to "undetermined." *See* Exhibit 24, filed under seal.

For all the reasons stated in the Government's filings and at the detention hearing, the Government continues to urge this Court to detain the defendant pending trial.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *Elizabeth C. Riley*
ELIZABETH C. RILEY
BRIAN A. FOGERTY
TOREY B. CUMMINGS
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

*Elizabeth C. Riley*
ELIZABETH C. RILEY
Assistant United States Attorney

Date: May 5, 2026