UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MATTHEW FARWELL

Defendant

CRIMINAL No. 24-10259-DJC

## ASSENTED-TO MOTION TO SEAL

The United States of America, by Leah B. Foley, United States Attorney, and Brian A. Fogerty, Elizabeth C. Riley, and Torey B. Cummings, Assistant U.S. Attorneys for the District of Massachusetts, moves for leave to file Exhibits A through D to the government's opposition to defendant Matthew Farwell's motion for a bill of particulars (ECF No. 162) under seal.  The exhibits, which are subject to the Court's protective orders, contain non-public information regarding potential trial witnesses.  The defendant, through counsel, assents to this motion to seal.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ Brian A. Fogerty
      BRIAN A. FOGERTY
      ELIZABETH C. RILEY
      TOREY B. CUMMINGS
      Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

 /s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant United States Attorney

Date: July 9, 2026

2