**SUBJECT TO PROTECTIVE ORDER**

DATAVANT

Boston Medical Center
HEALTH SYSTEM

**Datavant Release of Information**

Patient Name: SANDRA BIRCHMORE

Date of Birth: [redacted]97

Medical Record #: [redacted]

Court Case #: ______________________

**CERTIFICATION OF RECORDS**

Enclosed are the medical records of SANDRA BIRCHMORE (Patient Name). Datavant is producing the records as the Health Insurance Portability and Accountability Act business associate of **Boston Medical Center Health System** pursuant to a subpoena or patient authorized request issued to **Boston Medical Center Health System**. Please accept this document as certification of the records produced herewith. The records you requested are maintained by **Boston Medical Center Health System**. The records produced herewith are accurate, complete, true, and correct copies of all records retrieved by Datavant from the **Boston Medical Center Health System** medical records pursuant to your request. I further certify that **Diana Norcross** is the custodian of record, that the records were kept in the regular course of business and that this is a regularly conducted business activity, that upon information and belief, these records were made at or near the time the acts, events, conditions, opinions, or diagnoses occurred or within a reasonable time thereafter pursuant to a doctor's orders and finally that these records were made by, or from information transmitted by, a person with knowledge of the acts, events, conditions, opinions or diagnoses stated therein.

_____ No records for dates requested

_____ No patient found

Number of pages: 169

Includes billing records: yes / no

Date: 7/14/26
(Date Completed)

Julie Thielen
Datavant (signature) - Release of Information Vendor for
**Boston Medical Center Health System** Brighton