VZ Logo
VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone 800 451 5242 Fax 888 667 0028

May 29, 2024

US ATTORNEY BOSTON
1 COURTHOUSE WAY STE 9200
BOSTON MA 02210

**Verizon Case #: 24307142**
**Docket / File #: 2023R00590**

State of New Jersey

ss:

County of Somerset

I, MICHAEL ROZYLA, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ MICHAEL ROZYLA

Certification following USCS Federal Rules of Evidence Rule 902 & 803.