To: Emma Jones
. United States Attorney's Office - District of Massachusetts
1 Courthouse Way, Suite 9200
Boston , Massachusetts 02210

From: Darin Wright
Investigative Manager II
Walmart, Inc.
2914 SE I Street
Bentonville, AR 72716-0405

08/07/2024

Re:2023R00590-51.1, 24-10266

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS

# PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, Darin Wright , certify that I am employed by Wal-Mart Inc. and that my official title is Investigative Manager II . I am a custodian of records for Wal-Mart Inc. I state that each of the records attached hereto is the original record, or a true duplicate of the original record, in the custody of Wal-Mart Inc. and that, I am a custodian of the attached Records.

I further state that

1. All records attached to this certificate were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
2. Such records were kept in the course of a regularly conducted business activity of Wal-Mart Stores, Inc.; and
3. Such records were made by Wal-Mart Inc. as a regular practice.

I declare that under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this certificate is intended to satisfy the requirements of Rule 902(11) of the Federal Rules of Evidence

[Darin Wright

Investigative Manager II

2914 SE I Street

Bentonville, AR 72716

Hotline: 479-204-2202 | Fax: 479-204-2973
police@dms.wal-mart.com