UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL<br><br>Defendant | CRIMINAL No. 24-10259-DJC |

## GOVERNMENT'S WITNESS LIST

The United States of America hereby notifies the defendant that it may call the following witnesses during its case-in-chief. The government reserves its right to supplement this list or not call witnesses listed, as well as its right to call additional witnesses in rebuttal.

1. Alkhalil, Diala
2. Baden, Michael
3. Barber, Daniel
4. Barrett, Sandra
5. Beckstrom, Christopher
6. Brown, Lauren
7. Capó Martínez, Maria
8. Carlson, Cheryl
9. Chandler, Becca
10. Cheever, Heather
11. Clark, Zachary
12. Cosgrove, Marcy
13. Cosgrove, Ray

14. Cotard, Ensley
15. Crean, Lindsay
16. Davis, Leslie
17. Dunne, Matthew
18. Duval, Elizabeth
19. Faherty, Kathleen
20. Fanning, John
21. Farwell, Angela
22. Farwell, William
23. Fitton, James
24. Fopiano, Antonetta
25. Gada, Matthew
26. Gallivan, John
27. Glidden, Jill
28. Guarino, Nicholas
29. Hardy, Roger
30. Heal, Joshua
31. Hendry, James
32. Holloway Donyea
33. Holmes, Brian
34. Hyde, Jessica
35. Igoe, Jordan
36. Isabel, Sheanna

37. Katz, Jessica
38. Kelsch, Heidi
39. Kennedy, Meg
40. Kuhn, Robert
41. Lank, Michael
42. Leff, Jordan
43. McCourt, Jonathan
44. McCue (formerly Rinaldi), Samantha
45. McGrath, Shauna
46. McNamara, Donna
47. Nix, Glen
48. Odams, Sarah
49. Owens, John
50. Page, Sara
51. Palma, Mackenzie
52. Papadapoulous, Gianna
53. Perlin, Julia
54. Pickard, Jason
55. Porter, Erin
56. Reed, Danielle
57. Rocchio, Lisa
58. Ryan, Judith
59. Smith, Darlene

60. Smock, William

61. Sproul, Sarah

62. Starr, Jonathan

63. Venkataraman, Priyanka

64. Verissimo, Carlos

65. Waite, Stephanie

66. Williams, Karlie

67. Yeaton, Charles

68. Zimmerman, Alicia

Respectfully,

LEAH B. FOLEY
United States Attorney

By: /s/ Brian A. Fogerty
BRIAN A. FOGERTY
TOREY B. CUMMINGS
ELIZABETH C. RILEY
Assistant United States Attorneys

Dated: September 11, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant United States Attorney

Date: September 11, 2026