**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 1:24-cr-10259-DJC |
| v. | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

## DEFENDANT'S WITNESS LIST

Defendant may call at trial any witnesses named by the government in their Witness List, in addition to the following witnesses:

1. Abney, Justin
2. Adams, Chris
3. Albert, Kevin
4. Alkhalil, Diala
5. Andrew, Dr. Thomas
6. Asirwatham, Darshi
7. Asulin, Rachel
8. Atchison, Sean
9. Ayres, Jade
10. Azzi, Alicia
11. Barber, Dan
12. Barrett, Joanna
13. Brady, Mike
14. Bulger, Caitlyn
15. Capo-Martinez, Dr. Maria del Mar
16. Carlson, Cheryl
17. Christensen, Dr. Angi
18. Clark, Zachary
19. Collins, Stephen
20. Collamore, Ellen
21. Cosgrove, Ray
22. Cotard, Ensley
23. Crean, Lindsey
24. David, Neal
25. DiMaria, Joseph
26. Dunne, Matthew
27. Duval, Elizabeth
28. Faherty, Kathleen
29. Fanning, John
30. Faria, Shawn
31. Farwell, Angela
32. Feist, Erik

33. Feldmann, Kristen
34. Gagne, Jonathan
35. Gallagher, Colby
36. Gamble, Michelle
37. Garvin, Dr. Heather
38. Glidden, Jill
39. Goldblatt, Jennifer
40. Gomes, Cindy
41. Grover, Kim
42. Guan, William
43. Guarino, Nicholas
44. Guzman, Jenny
45. Hansler, Timothy
46. Harris, Joe
47. Heal, Joshua
48. Holmes, Brian
49. Hull, Dr. Mindy
50. Igoe, Jordan
51. Irving, Matt
52. Isabel, Sheana
53. Janinda, Matthew
54. Jones, Ashauni
55. Joseph, Andrew
56. Kamiyama, Ayumi
57. Kilroy, William
58. Lank, Michael
59. Leff, Dr. Jordan
60. Leonard, Dr. Charles
61. Letendre, Robert
62. Loper, Daniel
63. Marullo, Steven
64. McCarthy, Dr. Alicia
65. McCarthy, Lindsay
66. McCourt, Jonathan
67. McGrath (Ek), Shauna
68. Meier, Jamie D.
69. Mobert, Ben
70. Noureddine, Dr. Maher
71. Pascarelli, Tony
72. Piasecki, Dr. Melissa
73. Pickard, Jason
74. Poch, Samuel
75. Porter, Erin
76. Reed, Danielle
77. Riccobene, Lisa
78. Roach, Kyle

79. Robinson, Mercedes
80. Rowan Olmstead, RG
81. Ryan, Judith
82. Smith, Davis
83. Starr, Jonathan
84. Stenstrom, Alexander
85. Sturgeon, Michael
86. Sundell, Dr. Zoe
87. Swartz, Dr. Bruce
88. Triolo, Nicole
89. True, Cory
90. Tufts, Kevin
91. Venkataraman, Dr. Priyanka
92. Verissimo, Carlos
93. Washburn, Melissa
94. Wasoka, Andrea
95. Wauhob, Kaylyn
96. Whitely, Daniel
97. Yeaton, Charles

Respectfully submitted,

MATTHEW FARWELL,
By his attorneys,

*/s/ Joanne M. Daley*
Joanne M. Daley, BBO # 653375
Kimberly C. Stevens, NC State Bar # 20156
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

**CERTIFICATE OF SERVICE**

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on September 10, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley