**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

MATTHEW FARWELL,

Defendant

CRIMINAL No. 24-CR-10259-DJC

## AMENDMENTS TO THE JOINT EXHIBIT LIST SINCE OCTOBER 9, 2026

The parties hereby submit the following list of exhibits identified since October 9, 2026. The disputed exhibits for which there has been no resolution are shaded in red below. Without waiving any of their original objections, the parties reserve their respective right to supplement this list, and to introduce any exhibits needed for cross-examination, impeachment, rule of completeness (FRE 106 and 1006) objections to all text chain exhibits, and/or rebuttal.

| Ex. # | New Ex. Letter | Title | Def. Obj. | Gov't response | Update |
|---|---|---|---|---|---|
| 430 | | Text chain | | | |
| 431 | | Text chain | | | |
| 432 | | Text chain | | | |

Respectfully submitted,

MATTHEW FARWELL
By His Attorneys,

/s/ Kimberly Stevens
Kimberly Stevens
Joanne Daley
Assistant Federal Public Defenders

LEAH B. FOLEY
United States Attorney

By: /s/ Torey B. Cummings
Torey B. Cummings
Brian A. Fogerty
Elizabeth C. Riley
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Torey B. Cummings*
Torey B. Cummings
Assistant United States Attorney

Date: October 12, 2026